# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      vs.<br><br>FIDEL SIERRAS ALVARADO(1),<br><br>                Defendant. | CASE NO. 13CR0622-H<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___    the Court has dismissed the case for unnecessary delay; or

_x_    the Court has granted the motion of the Government for dismissal, without prejudice; or

___    the Court has granted the motion of the defendant for a judgment of acquittal; or

___    a jury has been waived, and the Court has found the defendant not guilty; or

___    the jury has returned its verdict, finding the defendant not guilty;

_X_    of the offense(s) as charged in the Indictment/Information:

      21:952 and 960 - Importation of Marijuana

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 03/06/2013

*Barbara L. Major* (signature)
Barbara L. Major
U.S. Magistrate Judge